# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO DE LA CRUZ ESTRADA,<br><br>               Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>               Defendant. | Case No. EDCV 16-00482-CAS (JEM)<br><br>J U D G M E N T |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED: December 15, 2016

                                                     /s/ Christina A. Snyder<br>
                                           CHRISTINA A. SNYDER<br>
                                       UNITED STATES DISTRICT JUDGE